CATHERINE PARRY, Respondent, v. GEORGE C. MOXON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

PAUL WHITCOMB, Respondent, v. MATILDA WEISBECKER and Others, Individually and as Executors and Trustees, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

AUGUST E. STEFFEN, Suing on Behalf of Himself and of Other Stockholders etc., Appellant, v. WILLITE ROAD CONSTRUCTION COMPANY OF NEW YORK, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

BENJAMIN C. EMANUEL, as Administrator, etc., of JOSEPH GROPPER, Deceased, Respondent, v. METH & GROPPER CO., INC., and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

IDA C. IMANDT, Respondent, v. EMIL B. IMANDT, Appellant.— Order modified by striking out provision for counsel fee and by reducing alimony to thirty dollars per week, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

HELEN PASCH, Respondent, v. GEORGE W. THOMPSON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted upon payment by defendant of taxable costs to date of motion and ten dollars costs of motion. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JULIA PASCH, Respondent, v. GEORGE W. THOMPSON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted upon payment by defendant of taxable costs to date of motion and ten dollars costs of motion. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

GRACE H. CASSIDY, Appellant, v. ABNER W. CASSIDY, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

GAILLARD REALTY CO., INC., Respondent, v. FRANCO ELECTRIC CORPORATION, Defendant, Impleaded with FRANCO REALTY CORPORATION, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JOSEPHINE PARK TEARLE, Appellant, Respondent, v. CONWAY TEARLE, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

LOUIS B. CHRISTMAN, Respondent, v. UNION RAILWAY COMPANY OF THE CITY OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.